# EXHIBIT 'A'

# Plumbing Technologies LLC 2024 - 2028 Projections

Updated 11/17/23

| Annual Projections for: | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| **Sales Revenues** | $ 2,178,890 | $ 2,292,257 | $ 2,391,025 | $ 2,492,756 | $ 2,592,467 |
| Sales Discounts | -38,741 | -47,857 | -50,250 | -52,762 | -55,580 |
| Rebates | -6,000 | -6,300 | -6600 | -6900 | -7,250 |
| Damaged Goods | -7,394 | -11,964 | -12,562 | -13,905 | -13,895 |
| Product Cost | -957,134 | -1,015,499 | -1,055,240 | -1,090,002 | -1,133,602 |
| Int'l Ship & Duty | -66,088 | -72,697 | -76,332 | -80,149 | -84,200 |
| China Sub-Contractor | -69,336 | -69,336 | -69,336 | -72,803 | -72,803 |
| Warehousing | -144,000 | -144,000 | -151,200 | -158,760 | -161,935 |
| Domestic Shipping | -135,952 | -138,784 | -145,723 | -153,009 | -156,834 |
| Packaging Materials | -18,000 | -18,000 | -18,000 | -20,000 | -21,000 |
| **Total COG** | **-1,442,645** | **-1,524,437** | **-1,585,243** | **-1,648,290** | **-1,707,099** |
| | | | | | |
| **Gross Profit** | **736,245** | **767,820** | **805,782** | **844,466** | **875,368** |
| | | | | | |
| **Expenses** | | | | | |
| Payroll - Salaries | -279,636 | -293,618 | -308,299 | -323,714 | -336,900 |
| Payroll Taxes | -22,260 | -23,000 | -24,150 | -25,358 | -26,259 |
| Bank Service Fees | -3,600 | -3,600 | -3,780 | -4,000 | -4,200 |
| Business & Licenses | -600 | -600 | -630 | -700 | -750 |
| Bad Debt | -6,000 | -6,000 | -7,000 | -8,500 | -9,000 |
| Sales Commissions | -108,945 | -119,642 | -125,624 | -131,905 | -138,905 |
| Computer & Internet Exp | -21,000 | -21,000 | -22,050 | -23,153 | -24,000 |
| Dues & Subscriptions | -600 | -600 | -630 | -700 | -800 |
| Insurance Expenses | -15,000 | -15,000 | -16,000 | -16,800 | -17,200 |
| Marketing Expenses | -25,000 | -33,000 | -36,000 | -39,000 | -42,000 |
| Office Expenses | -20,000 | -21,000 | -22,050 | -23,153 | -24,310 |
| Office Supplies | -3,600 | -3,600 | -3,780 | -3,950 | -4,400 |
| Postage | -900 | -900 | -950 | -1,000 | -1,100 |
| Accounting Support | -70,000 | -72,000 | -75,000 | -77,000 | -77,000 |
| Federal, State & Local Taxe | -5,000 | -24,000 | -25,000 | -26,000 | -27,000 |
| Legal Support | -25,000 | -6,000 | -6,300 | -7,000 | -7,000 |

23-35478-cgm   Doc 97-1   Filed 01/24/24   Entered 01/24/24 14:09:03   Exhibits A and B   Pg 2 of 5

| | | | | | |
|---|---|---|---|---|---|
| Prof. Fees other | -1,200 | -1,200 | -1,500 | -1,500 | -1,500 |
| Telephone Expenses | -4,800 | -4,800 | -5,040 | -5,290 | -5,500 |
| Sales Travel Expenses | -28,000 | -30,000 | -31,500 | -33,000 | -34,000 |
| Utilities | -7,200 | -7,200 | -7,560 | -7,900 | -8,000 |
| **Total Expenses** | **-648,341** | **-686,760** | **-722,843** | **-759,623** | **-789,824** |
| **Gross Income** | **87,904** | **81,060** | **82,939** | **84,843** | **85,544** |

# EXHIBIT 'B'

S:\Plans\Ch11\PlumbTech liquid analysis.wpd

PLUMBING TECHNOLOGIES, LLC
Liquidation Analysis
Estimated Summary Financial Information as of December 31, 2023

| ASSETS | Estimated Market Value | Liquidation Value | Security Interest |
|---|---|---|---|
| Citizens checking account (end 983-0) | $64,417.00 | $64,417.00 | $171,970.57 |
| Accounts receivable | $263,868.00 | $131,934.00[1] | $171,970.57 |
| Inventory | $1,117,062.00 | $129,724.00[2] | $171,970.57 |
| Office equipment (computers, printers and server) | $4,000.00 | $1,000.00[3] | $171,970.57 |
| TOTAL | | $327,075.00 | $171,970.57 |

- Value of non-exempt property = $155,104.43
- Costs of administration (Both Chap. 11 and in the event of a Chap. 7 liquidation) = $142,150.00 (ch 7 trustee/ch 11 admin/SubVT'ee fees -$40,000) (ch 11 trade payables - $85,000) (Priority claims - $17,150.00)
- Funds available to unsecured creditors in the event of a Chap. 7 liquidation = $12,954.43
- Payments due under debtor's Plan of Reorganization to unsecured creditors = $340,169.42 (over 5 years)

---

[1] The debtor believes that in the event of a liquidation, the accounts receivable would return a dividend of approximately 50% of the face value.

[2] Based upon an inventory appraisal report performed by 1st Star Alacer in February, 2023 (Annexed hereto as Exhibit "1"). The fair market value referenced herein is the "landed cost" amount. The inventory level is continually fluctuating since the time of the appraisal. However, the debtor believes the liquidation value to be accurate. The disparity between the FMV and the liquidation value is the result of the market cost of goods purchased over the last 3 years and the subsequent drop (and now overflooding of those goods in the marketplace). Therefore, the liquidation value is likely to be some small percentage of the current fair market value to the Debtor.

[3] In the event of a liquidation, the debtor believes that it would receive approximately 25% of the fair market value for the office and computer equipment.