UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
In re:

PLUMBING TECHNOLOGIES, LLC,

Debtor.
-------------------------------------------------------X

CHAPTER 11
CASE NO. 23-35478 (CGM)

**ORDER CONFIRMING DEBTOR'S CONSENSUAL**
**SUBCHAPTER V PLAN OF REORGANIZATION**

The Second Amended Plan of Reorganization filed by PLUMBING TECHNOLOGIES, LLC, pursuant to the provisions of Subchapter V of Chapter 11, on January 24, 2024, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice held on March 12, 2024, it is,

**ORDERED,** that the Second Amended Plan of Reorganization, annexed hereto as **Exhibit "A",** adequately and properly identifies all claims of the Debtor. In accordance with 11 U.S.C. §§1122 and 1123(a)(1), the administrative claims of the Debtor shall be treated as unclassified claims; and it is further

**ORDERED**, that the Second Amended Plan of Reorganization satisfies the applicable requirements set forth in 11 U.S.C. §1129(a) and, as such, the Second Amended Plan of Reorganization is confirmed under 11 U.S.C. §1191(a); and it is further

**ORDERED**, that, in accordance with 11 U.S.C. §1129(a)(9), the Effective Date of the Second Amended Plan shall mean the date upon which this Order Confirming the Second Amended Plan is final and non-appealable; and it is further

**ORDERED,** that should a default occur on any payments made pursuant to the Second Amended Plan, the Bankruptcy Court shall retain jurisdiction so that any claimant herein shall have

recourse to the Bankruptcy Court and may request dismissal or a conversion to a Chapter 7 liquidation proceeding upon proper application therefor.

No Objection:
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
By: /s/ Alicia M. Leonhard
Alicia M. Leonhard, Esq.
Trial Attorney
Dated: March 18, 2024

**Dated: March 20, 2024**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**