UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PLUMBING TECHNOLOGIES, LLC,<br><br>Debtor. | Chapter 11<br>(Subchapter V)<br>Case No. 23-35478 (CGM) |

<u>Chapter 11 Subchapter V Trustee's Report of No Distribution</u>

I, HEIDI J. SORVINO, having been appointed trustee of the estate of Plumbing Technologies, LLC (the "**Debtor**"), report I collected funds totaling: $0.00. A plan was confirmed on March 20, 2024. No plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on April 11, 2024, the Court ordered compensation of $12,175.00 be awarded to the trustee. These funds have been paid by the Debtor to the trustee on May 10, 2024. I hereby certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: 5/23/2024                         By:     /s/ *HEIDI J. SORVINO*
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR D**
**32932290v.1**